UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7232-GW-JPRx | Date | February 21, 2023 |
|---|---|---|---|
| Title | *Jesus Garcia v. DNA Properties, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On February 21, 2023, Plaintiff Jesus Garcia filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for March 23, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 22, 2023.

|  | : |
|---|---|
| Initials of Preparer | JG |